ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Nov 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0259 DJC |
| Plaintiff, | 18 U.S.C. § 287 – False Claims Against the United States (4 counts) |
| v. | |
| LATASHA CLARION WILLIAMSON, | |
| Defendant. | |

I N F O R M A T I O N

COUNTS ONE THROUGH FOUR: [18 U.S.C. § 287 – False Claims Against the United States]

    The United States Attorney charges: T H A T

    LATASHA WILLIAMSON,

defendant herein, on or about the dates listed below and as further described below, in the County of Sacramento, State and Eastern District of California, made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of the Treasury, claims against the United States for payment of a refund of taxes, which she then and there knew to be false, fictitious, and fraudulent. WILLIAMSON made the claims by preparing and causing to be prepared, and presenting and causing to be presented to said agency, U.S. Individual Income Tax Returns, for the individuals and amounts described below knowing that the claims were false, fictitious, and fraudulent in that the named individuals were not entitled to the refunds which were being

requested.

| Count | Taxpayer Name | Date Filed | Tax Year | Claimed Refund |
|---|---|---|---|---|
| 1 | WILLIAMSON | 2/6/2022 | 2021 | $96,805 |
| 2 | Associate 1 | 3/28/2024 | 2022 | $203,039 |
| 3 | WILLIAMSON | 1/29/2024 | 2023 | $2,646,837 |
| 4 | WILLIAMSON | 4/3/2025 | 2024 | $2,845,335 |

All in violation of Title 18, United States Code, Sections 2 and 287.

Dated:   November 6, 2025

ERIC GRANT
United States Attorney

By: *J. Douglas Harman*
J. DOUGLAS HARMAN
Assistant United States Attorney

## United States v. WILLIAMSON
**Penalties for Information**

**Defendant**
**LATASHA CLARION WILLIAMSON**

### COUNTS 1-4:

VIOLATION:  18 U.S.C. § 287 – False Claim Against the United States

PENALTIES:  A maximum of up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of no more than 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)