ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00259-DJC |
| Plaintiff, | STIPULATION REGARDING DEFENDANT'S INITIAL APPEARANCE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| LATASHA CLARION WILLIAMSON, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant Latasha Clarion Williamson, by and through her counsel of record, hereby stipulate as follows:

    1.    The government filed a four-count information against Ms. Williamson on November 6, 2025.

    2.    Ms. Williamson is out of custody and has agreed through her counsel to appear at an initial appearance date agreed to by the parties.

    3.    After discussion, the parties agree that an Initial Appearance for this matter should be set on Tuesday, November 18, 2025 at 2:00 p.m. before the duty magistrate judge.

///

///

///

The parties therefore jointly request that the Court schedule this matter for an initial appearance at the above-noted date and time before the presiding Magistrate Judge.

IT IS SO STIPULATED

Dated: November 13, 2025

ERIC GRANT
United States Attorney

/s/ J. DOUGLAS HARMAN
J. DOUGLAS HARMAN
Assistant United States Attorney

Dated: November 13, 2025

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Attorney for Defendant
LATASHA CLARION WILLIAMSON

## [PROPOSED] O R D E R

**IT IS HEREBY ORDERED** that the initial appearance in case 2:25-cr-00259-DJC be set for Tuesday, **November 18, 2025, at 2:00 p.m.**

Dated:  November 13, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

3