IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:25-cr-00259-DJC |
| Plaintiff, | **O R D E R**<br>**WITHDRAWING THE FEDERAL** |
| vs. | **DEFENDER** |
| LATASHA WILLIAMSON, | **AND APPOINTING CJA COUNSEL** |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

Dated: April 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE