MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
LATASHA WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00259-DJC |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE SENTENCING |
| vs. | ) | HEARING AND AMEND PRESENTENCE |
| | ) | REPORT SCHEDULE; ORDER |
| LATASHA WILLIAMSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Latasha Williamson, that the previously-scheduled sentencing hearing date of June 4, 2026, be continued to **July 30, 2026**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to obtain records related to Ms. Williamson's financial transactions in order to address the government's restitution request, and for Ms. Williamson to complete the presentence report interview process so that Probation can prepare a complete report for the Court's consideration at sentencing. All parties, as well as the probation officer, are available for the hearing on July 30, 2026.

/ / /

/ / /

The parties further request that the presentence report schedule be amended as follows:

Draft PSR Disclosed: June 11, 2026

Informal Objections Due: June 25, 2026

Final PSR Due: July 2, 2026

Formal Objections/Corrections Due: July 16, 2026

Replies to Formal Objections Due: July 23, 2026

Respectfully submitted,

Dated:  April 23, 2026                    */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          Attorney for Defendant
                                          LATASHA WILLIAMSON

Dated: April 23, 2026                     ERIC GRANT
                                          United States Attorney

                                          /s/ *J. Douglas Harman*
                                          J. DOUGLAS HARMAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The sentencing hearing previously set for June 4, 2026, is hereby continued to July 30, 2026, at 9:00 a.m. The presentence schedule is amended as set forth above.

Dated:  April 24, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing Hearing and Modify PSR Schedule