MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
LATASHA WILLIAMSON

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LATASHA WILLIAMSON,

Defendant.

Case No.: 2:25-cr-00259-DJC

**STIPULATION TO CONTINUE SENTENCING HEARING AND AMEND PRESENTENCE REPORT SCHEDULE; ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Latasha Williamson, that the previously-scheduled sentencing hearing date of July 30, 2026, be continued to November 5, 2026, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to work with a psychology expert to conduct an evaluation, report and recommendation regarding Ms. Williamson's mental health, and for an investigator to obtain all relevant medical records related to Ms. Williamson's physical and mental health, for the Court's consideration at sentencing. All parties, as well as the probation officer, are available for the hearing on November 5, 2026.[1]

[1] Probation has advised that due to its impacted schedule, a date in November is preferable to a date in October.

The parties further request that the presentence report schedule be amended as follows:

Any additional information due to Probation: October 8, 2026

Final PSR, if any Revisions, Due: October 15, 2026

Formal Objections/Corrections Due: October 22, 2026

Replies to Formal Objections Due: October 29, 2026

Respectfully submitted,

Dated: July 13, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
LATASHA WILLIAMSON

Dated: July 13, 2026

ERIC GRANT
United States Attorney

/s/ *J. Douglas Harman*
J. DOUGLAS HARMAN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The sentencing hearing previously set for July 30, 2026, is hereby continued to November 5, 2026, at 9:00 a.m. The presentence schedule is amended as set forth above.

Dated: July 15, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE