MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
LATASHA WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LATASHA WILLIAMSON,<br><br>Defendant. | Case No. 2:25-cr-00259-DJC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Latasha Williamson, that the previously-scheduled sentencing hearing date of November 5, 2026, be continued to **January 14, 2027**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to work with a psychology expert to obtain her report and recommendations regarding Ms. Williamson's mental health. An evaluation was conducted on September 18, 2026, however due to the expert's schedule a report will not be ready until after November 6, 2026. Ms. Williamson and her mitigation team will then need some time to incorporate the recommendations in the report into her sentencing proposal. All parties, as well as the probation officer, are available for the hearing on January 14, 2027.

The parties further request that the presentence report schedule be amended as follows:

Formal Objections/Corrections Due: December 31, 2026

Replies to Formal Objections Due: January 7, 2027

Respectfully submitted,

Dated: October 19, 2026

*<u>/s/ Megan T. Hopkins</u>*
MEGAN T. HOPKINS
Attorney for Defendant
LATASHA WILLIAMSON

Dated: October 19, 2026

ERIC GRANT
United States Attorney

/s/ *J. Douglas Harman*
J. DOUGLAS HARMAN
Assistant U.S. Attorney
Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The sentencing hearing previously set for November 5, 2026, is hereby continued to January 14, 2027, at 9:00 a.m. The presentence schedule is amended as set forth above.

Dated: October 19, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE